447 F.2d 988
 UNITED STATES of America, Plaintiff and Appellee,
v.
Donald M. DAVIS, Appellant.
UNITED STATES of America, Plaintiff and Appellee,
v.
Raymond JACKSON, Appellant.
 Nos. 26350, 26351.
 United States Court of Appeals, Ninth Circuit.
 Sept. 20, 1971.
 
 David M. Rothman (argued), Los Angeles, Cal., for appellant Donald M. Davis.
 Sull Lawrence (argued), Beverly Hills, Cal., for appellant Raymond Jackson.
 Elgin Edwards, Asst. U.S. Atty. (argued), Robert L. Meyer, U.S. Atty., David Nissen, Chief, Crim.Div., J. Kent Steele, Asst. U.S. Atty., Los Angeles, Cal., for plaintiff and appellee.
 Before CHAMBERS, WEICK and CARTER, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgments of conviction are affirmed.
 
 
 2
 Harris v. New York, 401 U.S. 222, 91 S.Ct. 643, 28 L.Ed.2d 1, answers the point made under Mallory v. United States 354. U.S. 449, 77 S.Ct. 1356, 1 L.Ed.2d 1479.
 
 
 3
 Other points we find without merit.